```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 08260
   CARLOS LATALLADI
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2317


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/07/2007 and was confirmed 07/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    9236.55           75.60          476.24
INTERNAL REVENUE SERVICE  PRIORITY         1918.11             .00            .00
ALLIED INTERSTATE         UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        2850.76             .00            .00
BANK OF AMERICA           UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO           UNSECURED        1465.00             .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00            .00
ST ELIZABETH HOSPITAL     UNSECURED        NOT FILED           .00            .00
ST ELIZABETH HOSPITAL     UNSECURED        NOT FILED           .00            .00
ST ELIZABETH HOSPITAL     UNSECURED        NOT FILED           .00            .00
ST ELIZABETH HOSPITAL     UNSECURED        NOT FILED           .00            .00
ST ELIZABETH HOSPITAL     UNSECURED        NOT FILED           .00            .00
ST ELIZABETH HOSPITAL     UNSECURED        NOT FILED           .00            .00
ST ELIZABETH HOSPITAL     UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        2028.76             .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         976.67             .00            .00
REGIONAL ADJUSTMENT BURE  UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         317.79             .00            .00
MILLENIUM MEDICAL WEST S  UNSECURED        NOT FILED           .00            .00
MILLENIUM MEDICAL WEST S  UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED       10819.31             .00            .00
ASSET ACCEPTANCE LLC                          .00              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         338.58             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,484.00                            .00
TOM VAUGHN                TRUSTEE                                           40.47
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     592.31

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08260 CARLOS LATALLADI
```

```
PRIORITY                                                              .00
SECURED                                                            476.24
    INTEREST                                                        75.60
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                40.47
DEBTOR REFUND                                                         .00
                                        ----------------   ----------------
TOTALS                                            592.31             592.31
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 02/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```